McGREGOR W. SCOTT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

**SEALED**

FILED
DEC 12 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

JOSEPH SANFORD

Defendants.

CASE NO. 1:19CR-00270 LJO SKO

MOTION AND PROPOSED ORDER TO SEAL INDICTMENT

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on November 21, 2019, charging the above defendant with violations of 18 U.S.C. § 371 – Conspiracy to Violate Animal Welfare Act; 7 U.S.C. § 2156(b), 18 U.S.C. §§ 49(a) and 2 - Unlawful Possession of Animals for Animal Fighting Venture; 7 U.S.C. § 2156(b), 18 U.S.C. §§ 49(a) and 2 - Unlawful Sale of Animals for Animal Fighting Venture; 7 U.S.C. § 2156(f) and 28 U.S.C. § 2461(c) – Criminal Forfeiture be kept secret until the defendant named in this Indictment is either in custody or has been given bail on these offenses; and further order that until such time as the defendant is in custody or has been given bail, that no person shall disclose the finding of the Indictment or any warrants issued pursuant thereto, except when necessary for the

Motion to Seal Indictment 1

issuance and execution of the warrants.

DATED: December 12, 2019

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

By      /s/ Karen A. Escobar
        Karen A. Escobar
        Assistant U.S. Attorney

IT IS SO ORDERED.

Dated: December 12, 2019

Erica P. Grosjean
U.S. Magistrate Judge