McGREGOR W. SCOTT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare St., Room 4401
Fresno, CA 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
United States of America


FILED
DEC 16 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 1:19CR00270 LJO-SKO |
|---|---|
| Plaintiff, | [PROPOSED] ORDER |
| v. | ~~(UNDER SEAL)~~ |
| Joseph D. Sanford, | |
| Defendant. | |

For good cause shown, IT IS HEREBY ORDERED THAT:

The indictment and arrest warrant in the above-captioned matter be unsealed.

DATED:

ERICA P. GROSJEAN
U.S. Magistrate Judge