PHILLIP A. TALBERT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>      v.<br><br>JOE SANFORD,<br><br>       Defendant. | CASE NO. 1:19-CR-00270-JLT SKO<br><br>STIPULATION TO CONTINUE SENTENCING; ORDER<br><br>DATE: March 11, 2022<br>TIME: 9:00 a.m.<br>COURT: Hon. Jennifer L. Thurston |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on March 11, 2022.

2. By this stipulation, defendant now moves to continue sentencing to April 22, 2022, at 9:00 a.m.

3. The continuance is necessitated by the fact that counsel for the defendant is starting a lengthy homicide trial in Alameda County Superior Court on February 28, 2022 and needs additional time to prepare for sentencing and file his formal objections to presentence report/sentencing memorandum.

4. The probation officer is available on April 22, 2022.

5. The parties agree and stipulate that the presentence schedule shall be revised as follows:

STIPULATION                    1

**Formal Objections to PSR/Sentencing Memo due:**                **April 8, 2022**

**Responses to Formal Objections/Reply to Sentencing Memo:**     **April 15, 2022**

IT IS SO STIPULATED.

Dated:  February 23, 2022                            PHILLIP A. TALBERT
                                                     United States Attorney

                                                     /s/ KAREN A. ESCOBAR
                                                     KAREN A. ESCOBAR
                                                     Assistant United States Attorney

Dated:  February 23, 2022                            /s/ JESSE J. GARCIA
                                                     JESSE J. GARCIA
                                                     Counsel for Defendant
                                                     JOE SANFORD

**FINDINGS AND ORDER**

IT IS SO FOUND.

IT IS SO ORDERED.

Dated:  **February 23, 2022**

UNITED STATES DISTRICT JUDGE

STIPULATION                                          2