PHILLIP A. TALBERT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:19-CR-00270-NONE-SKO |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING; ORDER |
| v. | DATE: April 22, 2022 |
| JOE SANFORD, | TIME: 9:00 a.m. |
| | COURT: Hon. Jennifer L. Thurston |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on April 22, 2022.

2. By this stipulation, defendant now moves to continue sentencing to April 29, 2022, at 9:00 a.m. due to a personal family matter.

3. The probation officer is unavailable on April 29, 2022, but will have someone stand in for him, since the defense indicated it is not filing formal objections to the presentence report.

STIPULATION                                1

IT IS SO STIPULATED.

Dated: April 12, 2022

PHILLIP A. TALBERT
United States Attorney

/s/ KAREN A. ESCOBAR
KAREN A. ESCOBAR
Assistant United States Attorney

Dated: April 12, 2022

/s/ JESSE J. GARCIA
JESSE J. GARCIA
Counsel for Defendant
JOE SANFORD

## [PROPOSED] FINDINGS AND ORDER

IT IS SO FOUND.

IT IS SO ORDERED.

Dated:   **April 13, 2022**

UNITED STATES DISTRICT JUDGE