THOMPSON GARCIA
ATTORNEYS AT LAW
5776 Stoneridge Mall Road, Suite 390
Pleasanton, CA 94588
Telephone: (510) 782-7580
Facsimile: (925) 3973042
Email: email@thompsongarcialaw.com

JESSE GARCIA [061223]
AUSTIN M. THOMPSON [CSBN 229924]
Attorneys for Defendant
JOSEPH D. SANFORD

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> JOSEPH SANFORD, <br> Defendant. | CASE NO.: 1:19CR00270-1 JLT-SKO <br><br> SEALING ORDER |

IT IS HEREBY ORDERED: that Defendant's Sentencing Memorandum in the above-captioned matter be, and is, hereby ordered SEALED until further order of this Court.

IT IS SO ORDERED.

Dated: April 19, 2022

_____
UNITED STATES DISTRICT JUDGE